UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| YANIRA ARELI GOMEZ, on behalf of herself and others similarly situated,<br><br>   Plaintiff,<br>   v.<br><br>CREDIT BUREAU SERVICES, LLC<br><br>   Defendant. | Case No.: 1:24-cv-00219-SNLJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a).

Submitted for the Plaintiff,

*/s/ Anthony Paronich*
Anthony Paronich
PARONICH LAW PC
350 Lincoln Street, Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

**COUNSEL FOR PLAINTIFF**

*/s/ James M. Brodzik*
James M. Brodzik
Bar No. 66700
HINSHAW AND CULBERTSON LLP
701 Market Street, Suite 260
St. Louis, MO 63101
618-310-2325
jbrodzik@hinshawlaw.com

*/s/ Cooper Walker*

COOPER M. WALKER
FROST ECHOLS LLC
18383 Preston Road, Suite 350
Dallas, TX 75252
Phone: (817) 290-4356
Email: Cooper.Walker@frostechols.com

***COUNSEL FOR DEFENDANT CREDIT BUREAU SERVICES, LLC***